IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER R. D'AMBROSIO, as Administrator of the Estate of Daniel Michael D'Ambrosio, Deceased, and in his own right, and MARCIA A. D'AMBROSIO, in her own right<br><br>*Plaintiffs*<br><br>vs.<br><br>HAWKER BEECHCRAFT CORPORATION, et al.<br><br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: **FILED** Civ. No. 10-4848<br>: JAN - 4 2012<br>: MICHAEL E. KUNZ, Clerk<br>: By_____ Dep. Clerk |

## STIPULATION

It is hereby stipulated that the above-captioned action is dismissed with prejudice.

_____
James G. Lare, Esquire
MARSHALL, DENNEHEY, WARNER,
 COLEMAN & GOGGIN
1845 Walnut Street, 18th Floor
Philadelphia, PA 19103-4797

Date: 12/23/11

Attorney for Plaintiffs

_____
Jeff C. Spahn, Jr. Esquire
MARTIN, PRINGLE, OLIVER,
 WALLACE & BAUER
100 North Broadway, Suite 500
Wichita, KS 67202

Date: 12/27/11

Attorney for Defendants,
Hawker Beechcraft Corporation and
Raytheon Company

_____
R. Barclay Surrick, J.

Date: 1/4/12

*[Multiple signatures at bottom of page, dated 1/4/12]*